Report and Order Terminating
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

v.     Criminal. No.: 07-00266-006

Kimberly Lashaundra Knight

On June 12, 2009, the above-named offender was placed on supervised release for a period of three years. Since that time, Knight has earned a B.S. Degree in Business/Marketing from the University of Phoenix; has remained drug-free; has maintained a stable residence; and has maintained employment at a lawful occupation. She is presently employed as a customer service representative at Mobile Gas Service Corporation located at 2828 Dauphin Street, Mobile, Alabama. As the offender has complied with the rules and regulations of supervision, it is recommended that she be discharged from supervised release.

The offender is due to expire from supervision on June 11, 2012. On January 27, 2011, the probation officer contacted Assistant U.S. Attorney Deborah A. Griffin regarding the offender's early termination from supervision. Ms. Griffin advised that she has no objection to Knight being granted early release.

Respectfully submitted,

*Alan R. Watkins*

Alan R. Watkins
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this _28th_ day of _January_ , 20_11_ .

*Callie V. S. Granade*

**CALLIE V.S. GRANADE**
**UNITED STATES DISTRICT JUDGE**
Date: January _28_ , 2011

FILED FEB 1 "11 AM10:37 USDC/ALS